5/8/2025 11:14 AM
Velva L. Price
District Clerk
Travis County
D-1-GN-23-007785
Selina Hamilton

**CAUSE NO. D-1-GN-23-007785**

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
5/9/2025 8:59:44 AM
CHRISTOPHER A. PRINE
Clerk

| | | |
|---|---|---|
| CITY OF GRAND PRAIRIE, *et al.*,<br>    *Plaintiffs,*<br><br>AND<br><br>CITY OF ANNA, CITY OF BONHAM,<br>CITY OF BROWNSVILLE, and CITY OF<br>CIBOLO, *Intervenor-Plaintiffs*<br><br>v.<br><br>THE STATE OF TEXAS, ATTORNEY<br>GENERAL KENNETH PAXTON (in his<br>official capacity), TEXAS COMPTROLLER<br>OF PUBLIC ACCOUNTS GLENN HEGAR,<br>(in his official capacity), AND THE OFFICE<br>OF THE TEXAS COMPTROLLER OF<br>PUBLIC ACCOUNTS,<br>    *Defendants,*<br><br>AND<br><br>2020 LONG TAIL TRAIL INVESTMENTS,<br>LLC, *Intervenor-Defendant*. | § § § § § § § § § § § § § § § § § § § § § § § § § | IN THE DISTRICT COURT<br><br><br>OF TRAVIS COUNTY, TEXAS<br><br><br>261st JUDICIAL DISTRICT |

## PLAINTIFF-INTERVENOR CITY OF BONHAM'S NOTICE OF APPEAL

To the Honorable Judge of this Court:

1.      Under Rule 26 of the Texas Rules of Appellate Procedure ("TRAP"), appellant City of Bonham, Texas ("Bonham"), a plaintiff-intervenor in the above action, files this notice of appeal to the Fifteenth Court of Appeals at Austin, Travis County, Texas.

2.      Appellant desires to appeal from an order entered in the above-styled and numbered case, pending in this court, said order signed on April 14, 2025, by Judge Maria Cantu Hexsel of the 53rd Judicial District Court. Specifically, parties-defendant are governmental units and/or officials whose plea(s) to the jurisdiction were granted, with said order stating that it "resolves all pending claims and closes the case."

---

3.    This appeal is timely as it is filed within 30 days of the final judgment in the trial court and within 14 days of the first filed notice of appeal, in accordance with TRAP 26.[1] The Fifteenth Court of Appeals has exclusive intermediate appellate jurisdiction over this matter in accordance with Texas Government Code § 22.220(d), as it involves matters where pleadings challenge the constitutionality or validity of a state statute and the Texas Attorney General is a party to the case.

Date: May 8, 2025.

Respectfully submitted,

By:    /s/David Overcash

David Overcash
State Bar No. 24075516
david.overcash@wtmlaw.net
Clark McCoy
State Bar No. 90001803
cmccoy@wtmlaw.net
2591 Dallas Parkway, Suite 300
Frisco, Texas  75034
972.712.3530 telephone
972.712.3540 facsimile

**ATTORNEYS FOR CITY OF BONHAM, TEXAS**

---

[1] On May 6, 2025, the City of Grand Prairie (and other party-plaintiff municipalities joined in their pleadings) filed a Notice of Appeal, which similarly seeks review of the April 14, 2025 order by the Fifteenth Court of Appeals. Bonham does not necessarily agree that the April 14 order includes "unequivocal finality language" that expressly disposes of all claims and parties, recognizes that Judge Hexsel's order includes the passage "[t]his order resolves all pending claims and closes the case[,]" which has been construed by other parties as a final judgment, and a notation of "FINAL JUDGMENT" appears with the even date (April 14, 2025) in the electronic filing system of this court. *See* https://odysseyweb.traviscountytx.gov/app/RegisterOfActions/#/34DAAE3004A6AA62A74664FEFF70D4 C7528C287D16FE869642001BA9364C414C/anon/portalembed (last visited May 7, 2025). This appeal is therefore timely under Rule 26.1, but would alternatively be timely under 26.1(d), as other parties have filed notices of appeal even if the order of April 14 was not a final judgment. *See* TRAP 26.

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2025, a true and correct copy of the foregoing instrument has been served electronically through e-service in compliance with Tex. R. Civ. P. 21a to all Counsel of Record.

/s/ David Overcash
David Overcash

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Crystal Adams on behalf of David Overcash
Bar No. 24075516
cadams@wtmlaw.net
Envelope ID: 100593347
Filing Code Description: Notice of Appeal
Filing Description: PLAINTIFF-INTERVENOR CITY OF BONHAM'S NOTICE OF APPEAL
Status as of 5/9/2025 8:46 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Sherry Brown | | sherry@txmunicipallaw.com | 5/8/2025 11:14:44 AM | SENT |
| Andy Messer | | andy@txmunicipallaw.com | 5/8/2025 11:14:44 AM | SENT |
| Clark McCoy | 90001803 | cmccoy@wtmlaw.net | 5/8/2025 11:14:44 AM | SENT |
| William Thompson | 24088531 | will@lkcfirm.com | 5/8/2025 11:14:44 AM | SENT |
| David Overcash | 24075516 | david.overcash@wtmlaw.net | 5/8/2025 11:14:44 AM | SENT |
| George Hyde | 45006157 | ghyde@txlocalgovlaw.com | 5/8/2025 11:14:44 AM | SENT |
| Matthew Weston | 24037698 | mweston@txlocalgovlaw.com | 5/8/2025 11:14:44 AM | SENT |
| Laura Hendrix | | laura.hendrix@oag.texas.gov | 5/8/2025 11:14:44 AM | SENT |
| Michael Bostic | 24113617 | michael.bostic@tdlr.texas.gov | 5/8/2025 11:14:44 AM | SENT |
| Stephen Speck | 24120474 | stephen.speck@cpa.texas.gov | 5/8/2025 11:14:44 AM | SENT |
| Cole Wilson | 24122856 | cole.wilson@oag.texas.gov | 5/8/2025 11:14:44 AM | SENT |
| Marianne Banks | | marianne@texasmunicipallawyers.com | 5/8/2025 11:14:44 AM | SENT |
| Allison Collins | 24127467 | allison.collins@oag.texas.gov | 5/8/2025 11:14:44 AM | SENT |
| Hope Avila | | hope@texasmunicipallawyers.com | 5/8/2025 11:14:44 AM | SENT |
| Timothy Dunn | | timothy@txmunicipallaw.com | 5/8/2025 11:14:44 AM | SENT |
| Brad Bullock | | brad@txmunicipallaw.com | 5/8/2025 11:14:44 AM | SENT |
| Matthew Weston | | mweston@txlocalgovlaw.com | 5/8/2025 11:14:44 AM | SENT |
| Lena Chaisson-Munoz | | lena.munoz@brownsvilletx.gov | 5/8/2025 11:14:44 AM | SENT |
| Raymond Abarca | | Raymond.Abarca@oag.texas.gov | 5/8/2025 11:14:44 AM | SENT |
| Becky Kohl | | beckyk@txmunicipallaw.com | 5/8/2025 11:14:44 AM | SENT |
| Timothy A.Dunn | | taddunn@txmunicipallaw.com | 5/8/2025 11:14:44 AM | SENT |
| Victoria Wilhelm | | vwilhelm@txlocalgovlaw.com | 5/8/2025 11:14:44 AM | SENT |

**Automated Certificate of eService**
This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Crystal Adams on behalf of David Overcash
Bar No. 24075516
cadams@wtmlaw.net
Envelope ID: 100593347
Filing Code Description: Notice of Appeal
Filing Description: PLAINTIFF-INTERVENOR CITY OF BONHAM'S NOTICE OF APPEAL
Status as of 5/9/2025 8:46 AM CST

Case Contacts

| Victoria Wilhelm | | vwilhelm@txlocalgovlaw.com | 5/8/2025 11:14:44 AM | SENT |
|---|---|---|---|---|
| Maisa Siqueira | | maisa@txmunicipallaw.com | 5/8/2025 11:14:44 AM | SENT |
| Josh Morrow | | Josh@lkcfirm.com | 5/8/2025 11:14:44 AM | SENT |
| Todd Disher | | todd@lkcfirm.com | 5/8/2025 11:14:44 AM | SENT |
| Will Trevino | | will.trevino@brownsvilletx.gov | 5/8/2025 11:14:44 AM | SENT |
| Maida Garcia | | maida.garcia@brownsvilletx.gov | 5/8/2025 11:14:44 AM | SENT |
| Evelyne Jones | | ejones@txlocalgovlaw.com | 5/8/2025 11:14:44 AM | SENT |
| Lauren Fogerty | | lfogerty@txlocalgovlaw.com | 5/8/2025 11:14:44 AM | SENT |
| Elena Bendea | | Elena.Bendea@cpa.texas.gov | 5/8/2025 11:14:44 AM | SENT |
| Adam Fellows | | Adam.Fellows@cpa.texas.gov | 5/8/2025 11:14:44 AM | SENT |